UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ENGINEERS-A.G.C., PENSION PLAN OF THE INLAND EMPIRE,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY P. WOODARD CONSTRUCTION, INC.,<br><br>Defendant. | NO. CV-11-0413-JLQ<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT; DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is Plaintiff's Motion for Default Judgment (ECF No. 29), having come on regularly for hearing without oral argument on September 20, 2012. Defendant Gregory P. Woodard Construction, Inc was declared to be in default and the court entered an Order of Default on August 8, 2012. (ECF No. 28). The court being fully advised and having reviewed the Affidavits of Jane Ewers (ECF Nos. 32, 33) and Tammy McLaughlin (ECF No. 15) of record herein, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment (**ECF No. 29**) is **GRANTED**. Plaintiff's Motion for Summary Judgment (**ECF No. 14**) is accordingly, **DENIED** as **MOOT**.

2. The Clerk of this court shall enter judgment in favor of the Plaintiff and against the Defendant Gregory P. Woodard Construction, Inc. in the following amounts:

| | |
|---|---|
| Withdrawal Liability Assessment | $253,961.64 |
| Liquidated Damages | $ 61,238.84 |

ORDER - 1

|   |   |
|---|---|
| Prejudgment Interest | $ 22,568.67 |
| Attorney's Fees | $ 84,442.29 |
| Costs | $     350.00 |
| **Total** | **$422,561.44** |

Pursuant to RCW 4.56.110(1) and the terms of the parties Agreement (ECF No. 15, Ex. A, Art. II, ¶ 9), the delinquent amount of withdrawal liability of $253,961.64 shall bear interest at the rate of ten percent (10%) per annum from the date of entry of Judgment. The remainder of the judgment shall bear interest at the statutory rate.

3. Plaintiff's Second Cause of Action seeking an order compelling disclosure of documents is **DISMISSED** pursuant to Plaintiff's counsel's statement that Plaintiff is no longer pursuing this relief. (ECF No. 32).

**IT IS SO ORDERED.**

The District Court Executive is directed to file this Order, enter JUDGMENT in accordance with this Order, provide copies to the parties, and CLOSE THE FILE.

Dated September 27, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE