AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BOARD OF TRUSTEES OF THE ENGINEERS-A.G.C.,
PENSION PLAN OF THE INLAND EMPIRE,
                          Plaintiff,

v.

GREGORY P. WOODARD CONSTRUCTION, INC.,

                         Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-413-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment is GRANTED. Plaintiff's Motion for Summary Judgment is DENIED as MOOT. Judgment is entered in favor of Plaintiff and against Defendant Gregory P. Woodard Construction, Inc. as follows:

| | |
|---|---|
| Withdrawal Liability Assessment | $253,961.64 |
| Liquidated Damages | $ 61,238.84 |
| Prejudgment Interest | $ 22,568.67 |
| Attorney's Fees | $ 84,442.29 |
| Costs | $     350.00 |
| Total | $422,561.44 |

Plaintiff's Section Cause of Action is DISMISSED.

| | |
|---|---|
| September 27, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Renea Ferrante |
| | *(By) Deputy Clerk* |
| | Renea Ferrante |